**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

Ada Ron-Messer,                              :
                                             :
    Plaintiff,                               :
                                             :
    v.                                       :    Civil Action No. 09 1204
                                             :
Judges of the U.S. District Court            :
for the District of Columbia in Regular      :
Active Service *et al.*,                     :
                                             :
    Defendants.                              :

**MEMORANDUM OPINION**

The plaintiff has filed a pro se complaint and an application to proceed in forma pauperis. The application to proceed without prepayment of fees will be granted and the complaint dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

The complaint which sues all the active judges of this court, the clerk of this court, the president of the United States, the attorney general of the United States, and Sonia Sotomay. Compl. at 1. The complaint states that it seeks a declaratory judgment that the rules and practices of this court that allow a sua sponte summary dismissal of a complaint are unlawful and deprive the plaintiff of her constitutional right to petition the court. *Id.* at 2. It also seeks equitable relief for alleged fraud upon the court, which caused the court to dismiss her prior action in this court (Civil Action No. 08-784) against the National Democratic Party and a host of prominent political figures. *Id.* The complaint also seeks this court to enjoin Sotomayor from involvement in Civil Action No. 08-784. *Id.* The complaint alleges that Sotomayor's nomination was orchestrated by some of the same prominent political figures (Edward Kennedy, William J. Clinton, Hillary Rodham Clinton, to name a few) who were named as defendants in Civil Action

(K)

4

No. 08-784, "who offered a seat in the High Court to SOTOMAYOR with intent to influence her official acts, and to induce her to impede plaintiff's action against [the defendants in Civil Action 08-784] and plaintiff's action against the United States."

This complaint presents precisely the sort of "fantastic or delusional scenarios" that warrant dismissal of an action as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Accordingly, this complaint will be dismissed under 28 U.S.C. § 1915(e)(2)(B)(*i*) (requiring dismissal of frivolous complaints that are filed by plaintiffs proceeding *in forma pauperis*).

A separate order accompanies this memorandum opinion.

Date: 6/19/09

United States District Judge